IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILMER KEITH BRECKENRIDGE,

        Plaintiff,                CV 08-734-CL

   v.                                **ORDER**

HARVEY LAPPIN, et al.,

        Defendants.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I find no error. Accordingly, I ADOPT the Report and

1 - ORDER

Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#85) is adopted. Defendants' motion for summary judgment (#66) is granted and this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 21 day of October, 2010.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE